# Notice Recipients

District/Off: 0756−1 User: admin Date Created: 03/26/2026
Case: 26−01742−JJG−7 Form ID: b309a Total: 50

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

17571719 DHMS Leasing, Inc
17571720 DHMS Logistics Inc
17571718 Dhillon Holding and management Services
17571739 Prime Cargo Inc

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Jagdeep Kaur Dhillon 3244 Willow Bend Trail Zionsville, IN 46077
ust U.S. Trustee Office of U.S. Trustee 46 E Ohio Street, Room 520 Indianapolis, IN 46204
tr Jenice Golson−Dunlap Jenice Golson−Dunlap, Trustee P O BOX 68328 Indianapolis, IN 46268
aty Mark S Zuckerberg Bankruptcy Law Office of Mark S Zuckerbe 429 N. Pennsylvania Street Ste 100 Indianapolis, IN 46204
17571704 Ally Financial, Inc Attn: Bankruptcy PO Box 380901 Bloomington, MN 55438−0901
17571705 Amur Equipment Finance, Inc PO Box 2555 Grand Island, NE 68801
17571706 Bank of America Attn: Bankruptcy PO Box 15019 Wilmington, DE 19886−5019
17571707 Bmw Financial Services Attn: Bankruptcy/Correspondence PO Box 3608 Dublin, OH 43016−0306
17571708 CAP1/Kohls Dept Store PO Box 31293 Salt Lake City, UT 84131−0293
17571709 Chase Auto Finance Attn: Bankruptcy 700 Kansas Ln # LA4 Monroe, LA 71203−4774
17571710 Chase Card Services Attn: Bankruptcy PO Box 15299 Wilmington, DE 19850−5299
17571711 Christopher Robert Moon 225 S. East Street Suite 220 Indianapolis, IN 46202
17571712 Citibank Attn: Bankruptcy Department PO Box 790046 Saint Louis, MO 63179−0046
17571713 Citibank/Best Buy Citicorp Cr Srvs/Centralized Bankruptcy PO Box 790046 Saint Louis, MO 63179−0046
17571714 Citizens Bank Attention: Bankruptcy 1 Citizens Plz Providence, RI 02903−1344
17571715 Comenity Bank/Value City Furniture Comenity Bank, Bankruptcy Department PO Box 182125 Columbus, OH 43218−2125
17571716 Crossroads Bank 1205 N Cass Street Wabash, IN 46992
17571721 DLL Group 1111 Old Eagle School Road Wayne, PA 19087
17571717 Delage Landen Financial Services C/O Knightlinger & Gray LLP 225 S. East Street, Suite 220 Indianapolis, IN 46202
17571722 Engs Commercial Finance 1 Pierce Pl Itasca, IL 60143
17571723 Everwise Credit Union Attn: Bankruptcy PO Box 1395 South Bend, IN 46624−1395
17571724 German American Bank C/o Charles Joseph Otten 401 South Fourth Street, Suite 1200 Louisville, KY 40202
17571725 Huntington Bank Attn: Bankruptcy 41 S High St Columbus, OH 43215
17571726 Indiana Department of Revenue Attn: Bankruptcy Section 100 N. Senate Ave., MS108 Indianapolis, IN 46204
17571727 Internal Revenue Service Attn: Bankruptcy PO Box 7346 Philadelphia, PA 19101
17571728 JB&B Capital, Inc C/O Dentons Bingham Greenbaum LLP 10 West Market Street Suite 2700 Indianapolis, IN 46204
17571729 Katz, Sapper & Miller (KSM) 800 East 96th Street, Suite 500 Indianapolis, IN 46240
17571730 Macy's/ DSNB Attn: Bankruptcy 9111 Duke Blvd Mason, OH 45040−8999
17571731 Milestone Bank C/O Rubin & Levin 135 N Pennsylvania St, Ste 1400 Indianapolis, IN 46204
17571732 Milestone Bank fka LCA Bank 50 W Big Beaver Road Ste 245 Troy, MI 48084
17571733 Mitsubishi HC Capital 1 Pierce Pl Ste 1100 Itasca, IL 60143−3149
17571734 Old National Bank Attn: Bankruptcy 1 Main St, PO Box 718 Evansville, IN 47705
17571737 PNC Bank Attn: Bankruptcy PO Box 94982 − Mailstop BR YB58 01−5 Cleveland, OH 44101
17571735 Paccar Financial Cor 777 106th Ave NE Bellevue, WA 98004−5027
17571736 Pennymac Loan Services, LLC PennyMac Loan Services, LLC, Attn: Bankr PO Box 514387 Los Angeles, CA 90051−4387
17571738 Portfolio Recovery Associates Attn: Bankruptcy 120 Corporate Blvd., Ste 120 Norfolk, VA 23502
17571740 Rubin & Levin, P.C. 135 N Pennsylvania Street, Ste 1400 Indianapolis, IN 46204
17571741 Santander Consumer USA Attn: Bankruptcy Dept P.O. Box 560284 Dallas, TX 75356−0284
17571742 Siemens Financial Services, Inc C/O Kay Dee Baird One Indiana Square LLP, Suite 2800 Indianapolis, IN 46204
17571743 Small Business Administration c/o US Department of Treasury PO Box 979101 Saint Louis, MO 63197−9000
17571744 Syncb/Toys R US Attn: Bankruptcy PO Box 965065 Orlando, FL 32896−5065
17571745 Synchrony Bank/Tjx Attn: Bankruptcy Dept PO Box 965064 Orlando, FL 32896−5064
17571746 Target Nb C/O Financial & Retail Services Mailstop PO Box 9475 Minneapolis, MN 55440−9475
17571747 Transportation Alliance Bank, Inc C/O Nelson & Frankenberger 550 Congressional Blvd, Suite 210 Carmel, IN 46032
17572336 U.S. Attorney's Office 10 W Market St Ste 2100 Indianapolis IN 46204−3048

| | | | |
|---|---|---|---|
| 17571748 | Wells Fargo Equipment Finance, Inc | C/o Rothberg Logan & Warsco | 505 East Washington Blvd Fort Wayne, IN |

TOTAL: 46