United States Bankruptcy Court
Southern District of Indiana

In re: Jagdeep Kaur Dhillon, Debtor — Case No. 26-01742-JJG, Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0756-1 | User: admin | Page 1 of 3
Date Rcvd: Mar 26, 2026 | Form ID: b309a | Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jagdeep Kaur Dhillon, 3244 Willow Bend Trail, Zionsville, IN 46077-4412 |
| 17571711 | + | Christopher Robert Moon, 225 S. East Street, Suite 220, Indianapolis, IN 46202-4059 |
| 17571716 | + | Crossroads Bank, 1205 N Cass Street, Wabash, IN 46992-1027 |
| 17571721 | + | DLL Group, 1111 Old Eagle School Road, Wayne, PA 19087-1453 |
| 17571717 | + | Delage Landen Financial Services, C/O Knightlinger & Gray LLP, 225 S. East Street, Suite 220, Indianapolis, IN 46202-4059 |
| 17571724 | + | German American Bank, C/o Charles Joseph Otten, 401 South Fourth Street, Suite 1200, Louisville, KY 40202-3428 |
| 17571728 | + | JB&B Capital, Inc, C/O Dentons Bingham Greenbaum LLP, 10 West Market Street Suite 2700, Indianapolis, IN 46204-2982 |
| 17571729 | + | Katz, Sapper & Miller (KSM), 800 East 96th Street,, Suite 500, Indianapolis, IN 46240-4570 |
| 17571732 | + | Milestone Bank fka LCA Bank, 50 W Big Beaver Road, Ste 245, Troy, MI 48084-5290 |
| 17571742 | + | Siemens Financial Services, Inc, C/O Kay Dee Baird, One Indiana Square LLP, Suite 2800, Indianapolis, IN 46204-2017 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: filings@mszlaw.com | Mar 26 2026 22:27:00 | Mark S Zuckerberg, Bankruptcy Law Office of Mark S Zuckerbe, 429 N. Pennsylvania Street, Ste 100, Indianapolis, IN 46204 |
| tr | + | EDI: BJGOLSONDUNLAP.COM | Mar 27 2026 02:38:00 | Jenice Golson-Dunlap, Jenice Golson-Dunlap, Trustee, P O BOX 68328, Indianapolis, IN 46268-0328 |
| ust | + | Email/Text: ustpregion10.in.ecf@usdoj.gov | Mar 26 2026 22:28:00 | U.S. Trustee, Office of U.S. Trustee, 46 E Ohio Street, Room 520, Indianapolis, IN 46204-1903 |
| 17571704 | | EDI: GMACFS.COM | Mar 27 2026 02:38:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 17571705 | + | Email/Text: bankruptcy@amuref.com | Mar 26 2026 22:28:00 | Amur Equipment Finance, Inc, PO Box 2555, Grand Island, NE 68802-2555 |
| 17571706 | | EDI: BANKAMER | Mar 27 2026 02:38:00 | Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 17571707 | | EDI: BMW.COM | Mar 27 2026 02:38:00 | Bmw Financial Services, Attn: Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 17571708 | | EDI: CAPITALONE.COM | Mar 27 2026 02:38:00 | CAP1/Kohls Dept Store, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 17571714 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 26 2026 22:27:00 | Citizens Bank, Attention: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 17571709 | | EDI: JPMORGANCHASE | Mar 27 2026 02:38:00 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Ln # LA4, Monroe, LA 71203-4774 |
| 17571710 | | EDI: JPMORGANCHASE | Mar 27 2026 02:38:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |

| | | | | |
|---|---|---|---|---|
| 17571712 | | EDI: CITICORP | Mar 27 2026 02:38:00 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 17571713 | | EDI: CITICORP | Mar 27 2026 02:38:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 17571715 | | EDI: WFNNB.COM | Mar 27 2026 02:38:00 | Comenity Bank/Value City Furniture, Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 17571730 | | EDI: CITICORP | Mar 27 2026 02:38:00 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 17571723 | | Email/Text: bankruptcy@everwisecu.com | Mar 26 2026 22:27:00 | Everwise Credit Union, Attn: Bankruptcy, PO Box 1395, South Bend, IN 46624-1395 |
| 17571725 | + | Email/Text: bankruptcy@huntington.com | Mar 26 2026 22:28:00 | Huntington Bank, Attn: Bankruptcy, 41 S High St, Columbus, OH 43215-3406 |
| 17571726 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Mar 26 2026 22:28:00 | Indiana Department of Revenue, Attn: Bankruptcy Section, 100 N. Senate Ave., MS108, Indianapolis, IN 46204 |
| 17571727 | + | EDI: IRS.COM | Mar 27 2026 02:38:00 | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 17571722 | | Email/Text: jfeinstein@mhccna.com | Mar 26 2026 22:27:00 | Engs Commercial Finance, 1 Pierce Pl, Itasca, IL 60143 |
| 17571733 | | Email/Text: jfeinstein@mhccna.com | Mar 26 2026 22:27:00 | Mitsubishi HC Capital, 1 Pierce Pl, Ste 1100, Itasca, IL 60143-3149 |
| 17571731 | + | Email/Text: fileroom@rubin-levin.net | Mar 26 2026 22:28:00 | Milestone Bank, C/O Rubin & Levin, 135 N Pennsylvania St, Ste 1400, Indianapolis, IN 46204-2489 |
| 17571734 | + | Email/Text: bankruptcy@oldnational.com | Mar 26 2026 22:28:00 | Old National Bank, Attn: Bankruptcy, 1 Main St, PO Box 718, Evansville, IN 47705-0718 |
| 17571737 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 26 2026 22:27:00 | PNC Bank, Attn: Bankruptcy, PO Box 94982 - Mailstop BR YB58 01-5, Cleveland, OH 44101 |
| 17571738 | | EDI: PRA.COM | Mar 27 2026 02:38:00 | Portfolio Recovery Associates, Attn: Bankruptcy, 120 Corporate Blvd., Ste 120, Norfolk, VA 23502 |
| 17571735 | | Email/Text: pfc.bankruptcy.packages@paccar.com | Mar 26 2026 22:28:00 | Paccar Financial Cor, 777 106th Ave NE, Bellevue, WA 98004-5027 |
| 17571736 | | Email/PDF: ebnotices@pnmac.com | Mar 26 2026 22:34:53 | Pennymac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, PO Box 514387, Los Angeles, CA 90051-4387 |
| 17571740 | + | Email/Text: fileroom@rubin-levin.net | Mar 26 2026 22:28:00 | Rubin & Levin, P.C., 135 N Pennsylvania Street, Ste 1400, Indianapolis, IN 46204-2489 |
| 17571741 | | Email/Text: enotifications@santanderconsumerusa.com | Mar 26 2026 22:28:00 | Santander Consumer USA, Attn: Bankruptcy Dept, P.O. Box 560284, Dallas, TX 75356-0284 |
| 17571743 | ^ | MEBN | Mar 26 2026 22:26:06 | Small Business Administration, c/o US Department of Treasury, PO Box 979101, Saint Louis, MO 63197-9000 |
| 17571744 | | EDI: SYNC | Mar 27 2026 02:38:00 | Syncb/Toys R US, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 17571745 | | EDI: SYNC | Mar 27 2026 02:38:00 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 17571746 | | EDI: WTRRNBANK.COM | Mar 27 2026 02:38:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 17571747 | + | Email/Text: BKNotices@nf-law.com | Mar 26 2026 22:27:00 | Transportation Alliance Bank, Inc, C/O Nelson & Frankenberger, 550 Congressional Blvd, Suite |

| | | | |
|---|---|---|---|
| | | | 210, Carmel, IN 46032-5632 |
| 17572336 | + Email/Text: USAINS.ECFBankruptcy@usdoj.gov | Mar 26 2026 22:27:00 | U.S. Attorney's Office, 10 W Market St Ste 2100, Indianapolis IN 46204-1986 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17571719 | | DHMS Leasing, Inc |
| 17571720 | | DHMS Logistics Inc |
| 17571718 | | Dhillon Holding and management Services |
| 17571739 | | Prime Cargo Inc |
| 17571748 | | Wells Fargo Equipment Finance, Inc, C/o Rothberg Logan & Warsco, 505 East Washington Blvd Fort Wayne, IN |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026 Signature: /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor: | **Jagdeep Kaur Dhillon** (Name) | Social Security number or ITIN: | xxx–xx–1166 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court – Southern District of Indiana | | Date case filed in chapter 7: | March 25, 2026 |
| Case number: | **26–01742–JJG–7** | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/2020

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, the debtor, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to **30 days** or not exist at all, although the debtor can ask the court to extend or impose a stay.

The debtor is seeking a discharge. Creditors who assert that the debtor is not entitled to a discharge or who want a debt excepted from discharge may be required to file a complaint within the deadlines specified in this notice. (See "Deadlines" section for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at pacer.insb.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify the debtor on this case, the debtor must submit a full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | | |
|---|---|---|---|
| **1. Debtor's full name** | Jagdeep Kaur Dhillon | | |
| **2. Other names** (used in last 8 years) | None | | |
| **3. Address** | 3244 Willow Bend Trail<br>Zionsville, IN 46077 | | |
| **4. Debtor's attorney** Name and address | Mark S Zuckerberg<br>429 N. Pennsylvania Street<br>Ste 100<br>Indianapolis, IN 46204 | Contact info: 317–687–0000 or filings@mszlaw.com | |
| **5. Bankruptcy trustee** Name and address | Jenice Golson–Dunlap<br>Jenice Golson–Dunlap, Trustee<br>P O BOX 68328<br>Indianapolis, IN 46268 | Contact info: 317–263–3580 | |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address or ecf.insb.uscourts.gov. You may inspect all records filed in this case at this office or pacer.insb.uscourts.gov. | United States Bankruptcy Court<br>Southern District of Indiana<br>46 E Ohio St Rm 116<br>Indianapolis, IN 46204 | Open weekdays 8:30 AM – 4:00 PM ET<br><br>Contact info: 317–229–3800 |
| **7. Meeting of creditors**<br>The debtor must attend the meeting to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. | **May 5, 2026 at 03:00 PM Eastern**<br><br>**The debtor MUST provide picture identification and proof of social security number** to the trustee prior to the meeting of creditors. Failure to do so may result in the case being dismissed. Language interpretation of the meeting of creditors will be provided to the debtor at no cost through a telephone interpreter service upon request made to the trustee. | Location: **zoom.us/j/9949531460**<br>Meeting ID: **994 953 1460**<br>Passcode: **8721883390**<br>Phone: **463–259–7341**<br><br>For additional information, visit justice.gov/ust/moc. |
| **8. Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). The debtor may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to object to discharge or challenge whether certain debts are dischargeable:**<br>**You must file a complaint by the deadline:**<br>• if you assert that the debtor is not entitled to a discharge under 11 U.S.C. § 727(a)(2)–(7) or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | **July 6, 2026**<br>**You must file a motion by the deadline:**<br>• if you assert that the discharge should be denied under 11 U.S.C. § 727(a)(8) or (9). |
| | **Objection to exemptions:**<br>The law permits the debtor to keep certain property as exempt. If you believe the law does not authorize an exemption claimed by the debtor, you may file an objection **no later than 30 days after the meeting of creditors concludes**. | |
| **10. Proof of claim**<br>Do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have a question about your rights in this case. | |
| **12. Exempt property** | The law allows the debtor to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. The debtor must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or pacer.insb.uscourts.gov. If you believe the law does not authorize an exemption claimed by the debtor, you may file an objection **no later than 30 days after the meeting of creditors concludes**. | |
| **13. Abandonment of property** | Pursuant to S.D.Ind. B–6007–1, a trustee's report of no distribution serves as a notice proposing the abandonment of all property from the estate. No further notice of the abandonment will be given unless a party in interest files a request for further notice of abandonment no later than **one day** before the first date set for the 341 meeting. Any party filing such a request will be given notice upon filing of the report of no distribution and have **14 days** to object to the abandonment. | |