Certificate Number: 03088-INS-DE-040895295

Bankruptcy Case Number: 26-01742

03088-INS-DE-040895295

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 23, 2026, at 8:34 o'clock PM CDT, Jagdeep K Dhillon completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Indiana.

Date: April 23, 2026

By: /s/Tania Roman

Name: Tania Roman

Title: Counselor