**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAGDEEP KAUR DHILLON | ) | CASE NO. 26-01742-JJG-7 |
| | ) | |
| DEBTOR. | ) | |

**NOTICE OF APPEARANCE**

Undersigned counsel hereby enters his appearance on behalf of Jenice Golson-Dunlap, Trustee, in the above-captioned bankruptcy case and respectfully requests that copies of all documents filed in the above-captioned case be given and served upon the following:

Joseph L. Mulvey (#30052-49)
MULVEY LAW LLC
133 W. Market Street, No. 274
Indianapolis, IN 46204
Tel: (317) 721-1339
joseph@mulveylawllc.com

Counsel authorizes service by email to the following address:

joseph@mulveylawllc.com.

Respectfully submitted this May 4, 2026.

/s/ Joseph L. Mulvey
Joseph L. Mulvey (#30052-49)
MULVEY LAW LLC
133 W. Market Street, No. 274
Indianapolis, IN 46204
Tel: (317) 721-1339
joseph@mulveylawllc.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served via the Court's ECF electronic filing system on this May 4, 2026.

/s/ Joseph L. Mulvey
Joseph L. Mulvey (#30052-49)