**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAGDEEP KAUR DHILLON | ) | CASE NO. 26-01742-JJG-7 |
| | ) | |
| DEBTOR. | ) | |

# TRUSTEE'S APPLICATION TO EMPLOY COUNSEL

The Application of Jenice Golson-Dunlap respectfully represents:

1. She is the duly qualified and acting Trustee in the above-noted bankruptcy.

2. Your petitioner wishes to employ as her counsel the law firm of Mulvey Law LLC, to represent the estate in the recovery of estate assets, including but not limited to, potential non-exempt equity in real property and potential avoidable transfers.

3. Petitioner has selected said attorney for the reason that said attorney has experience in matters of this character and is well qualified to represent her in this proceeding.

4. The following is a current fee schedule for Mulvey Law LLC. It is contemplated that the law firm of Mulvey Law LLC will seek compensation based upon said hourly rates, which may increase in future years, and the fees to be awarded shall be determined by this court upon application.

| | |
|---|---|
| Joseph L. Mulvey | $550.00/hour |
| Associates | $300.00/hour |
| Legal Assistants | $100.00/hour |

5. To the best of your petitioner's knowledge, said attorney has no connection with the Debtor, he does not represent any adverse interest to the Trustee or to the estate in this matter and his employment would be in the best interests of this estate.

6. Petitioner requests that the date of Mulvey Law LLC's employment on behalf of the Estate be effective as of the date of the filing of this Application.

WHEREFORE, your petitioner prays that she be authorized to employ and appoint Mulvey Law LLC as her counsel under the above hourly arrangement, effective as of the date of this Application.

/s/Jenice Golson-Dunlap, Trustee
Jenice Golson-Dunlap, Trustee
P.O. Box 68328
Indianapolis, IN 46268
Email: jgolsondunlap@gmail.com

I, Jenice Golson-Dunlap, Trustee, Trustee, petitioner named in the foregoing petition, do hereby make solemn oath that the statements contained herein are true to the best of my knowledge, information, and belief.

/s/Jenice Golson-Dunlap, Trustee
Jenice Golson-Dunlap, Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served via the Court's ECF electronic filing system on this May 4, 2026.

**Joseph L. Mulvey** joseph@mulveylawllc.com, linda@mulveylawllc.com
**U.S. Trustee** ustpregion10.in.ecf@usdoj.gov
**Mark S Zuckerberg** filings@mszlaw.com, s.mr72948@notify.bestcase.com

/s/Jenice Golson-Dunlap, Trustee
Jenice Golson-Dunlap, Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAGDEEP KAUR DHILLON | ) | CASE NO. 26-01742-JJG-7 |
| | ) | |
| DEBTOR. | ) | |

**VERIFIED AFFIDAVIT OF JOSEPH L. MULVEY**

Comes now Joseph L. Mulvey and, being first duly sworn upon his oath, declares:

1. I am an attorney duly admitted to practice before all courts of the State of Indiana and the State of Michigan, as well as this court.

2. I am the sole member of Mulvey Law LLC, the law firm that the Trustee is seeking to employ generally by the Application to which this Affidavit is attached.

3. The law firm of Mulvey Law LLC has extensive experience in bankruptcy and debtor/creditor law. The firm is well qualified to represent the Trustee generally herein, and is willing to accept employment on the basis set forth in the Application.

4. The law firm of Mulvey Law LLC, and its sole member, Joseph L. Mulvey, do not hold any interest adverse to the above-entitled estate and said law firm is a disinterested party as defined in 11 U.S.C. Section 101(14). Further, neither the undersigned nor any members of the law firm of Mulvey Law LLC have been employed by Debtor, or any of Debtor’s affiliates, or by any officer, director, shareholder, partner or limited partner or any scheduled creditor of the Debtor.

5. The law firm of Mulvey Law LLC, and its sole member, Joseph L. Mulvey, have no connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

FURTHER AFFIANT SAYETH NAUGHT.

I verify under penalty of perjury that the foregoing statements are true and correct.

____________________________________

Joseph L. Mulvey