UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JAGDEEP KAUR DHILLON | ) | Case No. 26-01742-JJG-7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Kay Dee Baird of Krieg DeVault LLP, One Indiana Square, Suite 2800, Indianapolis, Indiana 46204, hereby enters her appearance on behalf of Creditor Siemens Financial Services, Inc., and requests to be added to the electronic service matrix for all pleadings and documents filed in this case. Her email address is kbaird@kdlegal.com.

Dated: May 12, 2026

Respectfully submitted,

/s/ Kay Dee Baird

Kay Dee Baird, Atty. No. 28821-73
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079
Phone: (317) 238-6306
Fax: (317) 636-1507
Email: kbaird@kdlegal.com

*Attorneys for Siemens Financial Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

I hereby certify that on May 12, 2026, a copy of the foregoing will be sent to the following by regular first-class mail.

None.

/s/ Kay Dee Baird
Kay Dee Baird

KD_25167179_1.docx