**SO ORDERED: May 26, 2026.**

**Jeffrey J. Graham**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAGDEEP KAUR DHILLON | ) | CASE NO. 26-01742-JJG-7 |
| | ) | |
| DEBTOR. | ) | |

**ORDER AUTHORIZING EMPLOYMENT OF COUNSEL (DOC. #13)**

Jenice Golson-Dunlap, Trustee herein, having filed her Application to Employ Counsel, seeking authority to employ the law firm of Mulvey Law LLC (the "Application"), and the Court, having considered said Application and it appearing therefrom that said attorney represents no interest adverse to the Trustee or to any creditor, and the Trustee herein will require the services of the attorney to liquidate non-exempt assets, and generally in the performance of her duties as such Trustee, now finds that said Application should be approved and this case is one justifying an hourly fee basis. Accordingly, it is

ORDERED that the Application of the Trustee be, and hereby is, granted and that said Trustee be, and hereby is, authorized to employ the law firm of Mulvey Law LLC as her attorney to assist and to act generally in all matters pertaining to the performance of her duties as such Trustee, the compensation of said attorney to be hereinafter fixed and paid as part of the costs of administration herein, in accordance with the provisions of the Bankruptcy Code, the date of such employment effective as of the date of the filing of the Application.

###