United States Bankruptcy Court
Southern District of Indiana

In re:
Jagdeep Kaur Dhillon
Debtor

Case No. 26-01742-JJG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0756-1 User: admin Page 1 of 3
Date Rcvd: Jul 07, 2026 Form ID: b318 Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jagdeep Kaur Dhillon, 3244 Willow Bend Trail, Zionsville, IN 46077-4412 |
| 17571711 | + | Christopher Robert Moon, 225 S. East Street, Suite 220, Indianapolis, IN 46202-4059 |
| 17571716 | + | Crossroads Bank, 1205 N Cass Street, Wabash, IN 46992-1027 |
| 17571721 | + | DLL Group, 1111 Old Eagle School Road, Wayne, PA 19087-1453 |
| 17571717 | + | Delage Landen Financial Services, C/O Knightlinger & Gray LLP, 225 S. East Street, Suite 220, Indianapolis, IN 46202-4059 |
| 17571724 | + | German American Bank, C/o Charles Joseph Otten, 401 South Fourth Street, Suite 1200, Louisville, KY 40202-3428 |
| 17571728 | + | JB&B Capital, Inc, C/O Dentons Bingham Greenbaum LLP, 10 West Market Street Suite 2700, Indianapolis, IN 46204-2982 |
| 17571729 | #+ | Katz, Sapper & Miller (KSM), 800 East 96th Street,, Suite 500, Indianapolis, IN 46240-4570 |
| 17571732 | + | Milestone Bank fka LCA Bank, 50 W Big Beaver Road, Ste 245, Troy, MI 48084-5290 |
| 17571742 | + | Siemens Financial Services, Inc, C/O Kay Dee Baird, One Indiana Square LLP, Suite 2800, Indianapolis, IN 46204-2017 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 17574867 | + | EDI: AISACG.COM | Jul 08 2026 02:16:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 17571704 | | EDI: GMACFS.COM | Jul 08 2026 02:16:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 17571705 | + | Email/Text: bankruptcy@amuref.com | Jul 07 2026 22:31:00 | Amur Equipment Finance, Inc, PO Box 2555, Grand Island, NE 68802-2555 |
| 17571706 | | EDI: BANKAMER | Jul 08 2026 02:16:00 | Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 17571707 | | EDI: BMW.COM | Jul 08 2026 02:16:00 | Bmw Financial Services, Attn: Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 17571708 | | EDI: CAPITALONE.COM | Jul 08 2026 02:16:00 | CAP1/Kohls Dept Store, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 17571714 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 07 2026 22:30:00 | Citizens Bank, Attention: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 17571709 | | EDI: JPMORGANCHASE | Jul 08 2026 02:16:00 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Ln # LA4, Monroe, LA 71203-4774 |
| 17571710 | | EDI: JPMORGANCHASE | Jul 08 2026 02:16:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 17571712 | | EDI: CITICORP | Jul 08 2026 02:16:00 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 17571713 | | EDI: CITICORP | Jul 08 2026 02:16:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 17571715 | | EDI: WFNNB.COM | Jul 08 2026 02:16:00 | Comenity Bank/Value City Furniture, Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 17571730 | | EDI: CITICORP | Jul 08 2026 02:16:00 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 17571723 | | Email/Text: bankruptcy@everwisecu.com | Jul 07 2026 22:30:00 | Everwise Credit Union, Attn: Bankruptcy, PO Box 1395, South Bend, IN 46624-1395 |
| 17571725 | + | Email/Text: bankruptcy@huntington.com | Jul 07 2026 22:31:00 | Huntington Bank, Attn: Bankruptcy, 41 S High St, Columbus, OH 43215-3406 |
| 17571726 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Jul 07 2026 22:31:00 | Indiana Department of Revenue, Attn: Bankruptcy Section, 100 N. Senate Ave., MS108, Indianapolis, IN 46204 |
| 17571727 | + | EDI: IRS.COM | Jul 08 2026 02:16:00 | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 17571722 | | Email/Text: jfeinstein@mhccna.com | Jul 07 2026 22:30:00 | Engs Commercial Finance, 1 Pierce Pl, Itasca, IL 60143 |
| 17571733 | | Email/Text: jfeinstein@mhccna.com | Jul 07 2026 22:30:00 | Mitsubishi HC Capital, 1 Pierce Pl, Ste 1100, Itasca, IL 60143-3149 |
| 17571731 | + | Email/Text: fileroom@rubin-levin.net | Jul 07 2026 22:31:00 | Milestone Bank, C/O Rubin & Levin, 135 N Pennsylvania St, Ste 1400, Indianapolis, IN 46204-2489 |
| 17571734 | + | Email/Text: bankruptcy@oldnational.com | Jul 07 2026 22:31:00 | Old National Bank, Attn: Bankruptcy, 1 Main St, PO Box 718, Evansville, IN 47705-0718 |
| 17571737 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 07 2026 22:30:00 | PNC Bank, Attn: Bankruptcy, PO Box 94982 - Mailstop BR YB58 01-5, Cleveland, OH 44101 |
| 17571738 | | EDI: PRA.COM | Jul 08 2026 02:16:00 | Portfolio Recovery Associates, Attn: Bankruptcy, 120 Corporate Blvd., Ste 120, Norfolk, VA 23502 |
| 17571735 | | Email/Text: pfc.bankruptcy.packages@paccar.com | Jul 07 2026 22:31:00 | Paccar Financial Cor, 777 106th Ave NE, Bellevue, WA 98004-5027 |
| 17571736 | | Email/PDF: ebnotices@pnmac.com | Jul 07 2026 22:40:10 | Pennymac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, PO Box 514387, Los Angeles, CA 90051-4387 |
| 17571740 | + | Email/Text: fileroom@rubin-levin.net | Jul 07 2026 22:31:00 | Rubin & Levin, P.C., 135 N Pennsylvania Street, Ste 1400, Indianapolis, IN 46204-2489 |
| 17571741 | | Email/Text: enotifications@santanderconsumerusa.com | Jul 07 2026 22:31:00 | Santander Consumer USA, Attn: Bankruptcy Dept, P.O. Box 560284, Dallas, TX 75356-0284 |
| 17571743 | ^ | MEBN | Jul 07 2026 22:28:57 | Small Business Administration, c/o US Department of Treasury, PO Box 979101, Saint Louis, MO 63197-9000 |
| 17571744 | | EDI: SYNC | Jul 08 2026 02:16:00 | Syncb/Toys R US, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 17571745 | | EDI: SYNC | Jul 08 2026 02:16:00 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 17571746 | | EDI: WTRRNBANK.COM | Jul 08 2026 02:16:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 17571747 | + | Email/Text: BKNotices@nf-law.com | Jul 07 2026 22:30:00 | Transportation Alliance Bank, Inc, C/O Nelson & Frankenberger, 550 Congressional Blvd, Suite 210, Carmel, IN 46032-5632 |
| 17572336 | + | Email/Text: USAINS.ECFBankruptcy@usdoj.gov | Jul 07 2026 22:30:00 | U.S. Attorney's Office, 10 W Market St Ste 2100, Indianapolis IN 46204-1986 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17571719 | | DHMS Leasing, Inc |
| 17571720 | | DHMS Logistics Inc |
| 17571718 | | Dhillon Holding and management Services |
| 17571739 | | Prime Cargo Inc |
| 17571748 | | Wells Fargo Equipment Finance, Inc, C/o Rothberg Logan & Warsco, 505 East Washington Blvd Fort Wayne, IN |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jenice Golson-Dunlap | jgolsondunlap@gmail.com trusteedunlap@aol.com,IN68@ecfcbis.com |
| Joseph L. Mulvey | on behalf of Trustee Jenice Golson-Dunlap joseph@mulveylawllc.com linda@mulveylawllc.com |
| Kay Dee Baird | on behalf of Creditor Siemens Financial Services Inc. kbaird@kdlegal.com, nbaker@kdlegal.com;ayeskie@kdlegal.com |
| Mark S Zuckerberg | on behalf of Debtor Jagdeep Kaur Dhillon filings@mszlaw.com s.mr72948@notify.bestcase.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

TOTAL: 5

Information to identify the case:

Debtor: **Jagdeep Kaur Dhillon**
Name

Social Security number or ITIN: xxx–xx–1166
EIN: _ _–_ _ _ _ _ _ _

United States Bankruptcy Court – Southern District of Indiana

Case number: **26–01742–JJG–7**

# Order of Discharge

12/2015

**IT IS ORDERED** that a discharge under 11 U.S.C. § 727 is granted to the following debtor:

Jagdeep Kaur Dhillon

Dated: **July 7, 2026**

By the court: /s/ Jeffrey J. Graham
Judge, U.S. Bankruptcy Court

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtor personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtor personally on discharged debts. Creditors cannot contact the debtor by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay the debtor damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtor's property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

Pursuant to 11 U.S.C. § 524(c) or (f), this order does not prevent the debtor from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement.

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtor's personal liability for debts owed before the debtor's bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property, special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

## Explanation of Bankruptcy Discharge in a Chapter 7 Case (continued)

**Some debts are not discharged**
Examples of debts that are not discharged are listed below:

- Debts that are domestic support obligations.
- Debts for most student loans.
- Debts for most taxes.
- Debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case.
- Debts for most fines, penalties, forfeitures, or criminal restitution obligations.
- Some debts which the debtor did not properly list.
- Debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans.
- Debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**